# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ( Orlando Division)

**Case No.: 6:20-cv-01150-WBB-LRH**

MOHAMMAD ALKISSUANI and
BANAH ABDIN,

    Plaintiffs,

v.

NATIONAL SPECIALTY INSURANCE
COMPANY,

    Defendant.

_____ /

Removed from Circuit Court
of Orange County, Florida
Case No: .: 2019-CA-013183-O

## DEFENDANT'S NOTICE OF SETTLEMENT

Defendant National Specialty Insurance Company, ("Defendant") by and through its undersigned counsel, hereby notifies the Court Plaintiffs Mohammad Alkissuani and Banah Abdin ("Plaintiffs") and Defendant have settled this matter. A Joint Stipulation for Dismissal with Prejudice will be forthcoming upon the exchange of an executed Release and Settlement Agreement and the agreed upon settlement proceeds.

Date:  February 11, 2021

Respectfully submitted,

By:  */s/ William M. Mims*_____
William M. Mims (Fla. Bar No. 0099567)
ROLFES HENRY CO., LPA
3191 Maguire Boulevard, Suite 160

>Orlando, Florida 32803
>E:   wmims@rolfeshenry.com
>      jamador@rolfeshenry.com
>
>Brian P. Henry (Fla. Bar No. 0089069)
>ROLFES HENRY CO., LPA
>5577 Broadcast Court
>Sarasota, Florida  34240
>E:   bhenry@rolfeshenry.com
>      srainwater@rolfeshenry.com
>
>*Attorneys for Defendant*
>*National Specialty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been served via e-mail on counsel for all parties at the email addresses below or has been served by automatic service by the Court's e-filing system, on this 11th day of February, 2021:

>Gina Kimmel, Esq.
>Morgan & Morgan, P.A.
>20 North Orange Avenue, 4th Floor
>Orlando, Florida  32801
>T: (407) 420-1414
>F: (407) 245-3414
>E: GKimmel@forthepeople.com
>   LGutierrez@forthepeople.com
>   LRolon@forthepeople.com
>
>*Attorneys for Plaintiffs*

>                    */s/ William M. Mims*
>                    William M. Mims (Fla. Bar No. 0099567)

2