**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MOHAMMAD ALKISSUANI and BANAH ABDIN,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case No: 6:20-cv-1150-WWB-LRH

NATIONAL SPECIALTY INSURANCE COMPANY,

    Defendant.

## ORDER

The Court has been advised by Defendant's Notice of Settlement that the above-styled action has been completely settled. (Doc. 27 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on February 16, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record